**Electronically Filed
Supreme Court
SCWC-30047
24-NOV-2010
02:35 PM**

SCWC-30047

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent-Petitioner-Appellee,

vs.

TOGIASO DURAN, Petitioner-Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30047; CASE NO. 1DTC-08-032491)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1]
and Duffy, J., dissenting, with whom, Acoba, J., joins)

Petitioner-Defendant-Appellant's application for writ

of certiorari filed on October 25, 2010, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 24, 2010.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice

Thomas R. Waters of
Hawk Sing Ignacio & Waters
on the application

---

[1]Considered by:  Recktenwald, C.J., Nakayama, Acoba and Duffy, JJ., and Circuit Judge Ayabe, assigned by reason of vacancy.